1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | MICHAEL E. JANSEN,                          )   No. C 13-0250 LHK (PR)
                                                )
12 |              Plaintiff,                     )   ORDER OF TRANSFER
                                                )
13 |   vs.                                       )
                                                )
14 | CALIFORNIA DEPT. OF CORRECTIONS )
     AND REHABILITATION, et al.,                )
15 |                                             )
                  Defendants.                    )
16 | _____)

17          Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. §

18   1983.  The acts of which Plaintiff complains occurred at California Correctional Center at

19   Susanville, which is located in the Eastern District of California.  Therefore, venue properly lies

20   in the Eastern District.  *See* 28 U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to

21   the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).

22   The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District

23   of California.

24          IT IS SO ORDERED.

25   DATED:   4/3/13                    _____
                                        LUCY H. KOH
26                                      United States District Judge

27

28

Order of Transfer
G:\PRO-SE\SJ.LHK\CR.13\Jansen909trans.wpd